IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cade, Rosemary

Printed: 10/29/08

Case Number: 07 B 01071
Judge: Hollis, Pamela S
Filed: 1/22/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 15, 2008
Confirmed: July 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,338.00 |  |
| Secured: |  | 1,375.68 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,724.00 |
| Trustee Fee: |  | 238.32 |
| Other Funds: |  | 0.00 |
| Totals: | 4,338.00 | 4,338.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Veronica D Joyner | Administrative | 2,724.00 | 2,724.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Nuvell Credit Company LLC | Secured | 0.00 | 927.28 |
| 4. | HomEq Servicing Corp | Secured | 11,656.82 | 448.40 |
| 5. | Asset Acceptance | Unsecured | 120.02 | 0.00 |
| 6. | Nuvell Credit Company LLC | Unsecured | 712.48 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 39.44 | 0.00 |
| 8. | Jefferson Capital | Unsecured | 52.82 | 0.00 |
| 9. | National Capital Management | Unsecured | 40.02 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 113.49 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 80.21 | 0.00 |
| 12. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 13. | Check N Go | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,539.30 | $ 4,099.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 16.75 |
| 5.4% | 185.17 |
| 6.5% | 36.40 |
|  | $ 238.32 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Cade, Rosemary

Printed: 10/29/08

Case Number:  07 B 01071
Judge:  Hollis, Pamela S
Filed:  1/22/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

